IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE DAILEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

17-cv-577-bbc

J. HILL, MS. SUTTER, A. MOLLDRAM,
E. RAY, GARY BOUGHTON, MS. DICKMAN,
JIM SCHWOCHERT, CATHY JESS,
JULIO BARRON and JOHN DOE,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Andre Dailey's failure to state a claim upon which relief may be granted.

| /s/ | 9/21/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |