IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Andre Dailey,
        Plaintiff

V.                                          Case No.17-cv-577

J.Hill, et al.,
        Defendant's.

## NOTICE OF APPEAL TO THE 7th CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF ORDER OF THE WESTERN DISTRICT COURT.

   Now Comes, the plaintiff, Andre Dailey, proceeding herein, pro-se, pursuant to Appeal the Judgment of the Western District Court of Wisconsin against the above named Defendant's.

        Notice is given to the above Defendant's that Andre Dailey in the above case is hereby appealing the Judgment of the Western District of Wisconsin to the 7th Circuit Court from the Final Judgment that was entered on  9-21-17 .

                    Respectfully Submitted,

    Dated this 14th day of October ,2017.

                    Andre Dailey #526215
                    (WSPF)P.O.Box 9900
                    Boscobel,Wis. 53805